# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cv-00282-MR

| | |
|---|---|
| CHRISTOPHER ALLAN MCABEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU MARLOW, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of Plaintiff's Complaint [Doc. 1], filed under 42 U.S.C. § 1983.

Pro se Plaintiff Christopher Allan McAbee ("Plaintiff") is a pretrial detainee currently held at Gaston County Jail (the "Jail") in Gastonia, North Carolina. He filed this action on June 14, 2021, pursuant to 42 U.S.C. § 1983, naming FNU Marlow, identified as a Deputy of the Jail; Alan Cloniger, identified as the Sheriff of Gaston County; and the Gaston County Sheriff's Department, as Defendants in this matter. [Doc. 1]. Plaintiff's Complaint is illegible in that the ink or pencil is too light for the Court to read. This is particularly true of the factual allegations on page five. From what the Court can tell, Plaintiff alleges that he was assaulted on March 16, 2021. [Id. at 5]. The Court, however, cannot conduct meaningful initial review on Plaintiff's

Complaint as submitted. The Court will, therefore, order Plaintiff to submit an Amended Complaint that is fully legible and allows the Court meaningful review.

**IT IS THEREFORE ORDERED** that Plaintiff shall submit an amended complaint that is fully legible, signed, and dated within thirty (30) days of this Order. If Plaintiff fails to timely submit an amended complaint in accordance with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff a blank 42 U.S.C. § 1983 Complaint form.

**IT IS SO ORDERED**.

Signed: June 15, 2021

Martin Reidinger
Chief United States District Judge